UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRICIA RIGSBY FRANATOVICH | CIVIL ACTION NO. 3:22-cv-2552 |
| | SECTION "I" (4) |
| VERSUS | JUDGE LANCE M. AFRICK |
| ALLIED TRUST INSURANCE COMPANY | MAGISTRATE JUDGE KAREN WELLS ROBY |

## STATUS REPORT

Pursuant to Court Order (Rec. Doc. 14), Plaintiff submits this status report.

1. Plaintiff Tricia Rigsby Franatovich is represented by Myles Ranier and C. Barrett Rice of the Broussard + Williamson law firm.

2. There are no pending motions at this time.

3. Upcoming Events

    a. Status Conference – Tuesday, December 13, 2022, at 9:15 a.m.

    b. Pretrial Conference – Tuesday, March 28, 2023 at 10:30 a.m.

    c. Jury Trial – Monday, May 1, 2023 at 8:30 a.m. Estimated three-day trial.

4. Hurricane Ida caused significant damage to Plaintiff's property. Plaintiff has submitted satisfactory proofs of loss to her insurer, Defendant, totaling $170,693.60, which includes replacing her damaged roof. To date, Defendant has paid a total of $100,309.85. $9,147.71 of the total amount paid by the Defendant came after 30 days of receipt of satisfactory proofs of loss, and $63,044.57 of the total amount paid by the Defendant came after 60 days of receipt of satisfactory proofs of loss. Plaintiff alleges that Defendant arbitrarily and

capriciously denied and/or underpaid Plaintiff's claim, for which coverage exists under Plaintiff's insurance policy with the Defendant. Further, Plaintiff alleges that Defendant has violated the obligations of insurance companies under La. R.S. 22:1892 and La. R.S. 22:1973. Accordingly, Plaintiff seeks damages including: all cost of repairs and/or replacement of damages to the subject property, additional living expenses, court costs, legal interest, penalties, attorney fees, and any additional costs incurred as a result of Defendant's bad faith conduct.

5. To date, parties have not propounded discovery (*i.e.*, interrogatories, requests for production, and requests for admissions) and held depositions in this case.

6. Settlement negotiations have not begun in earnest yet.

RESPECTFULLY SUBMITTED BY:

**BROUSSARD+WILLIAMSON**
*Attorneys for Plaintiff*

 /s/ Myles D. Ranier
**MYLES D. RANIER (30029)**
**C. BARRETT RICE (30034)**
**BROUSSARD+WILLIAMSON**

321 Veterans Memorial Blvd
Metairie, LA 70005
(504) 383-0535  Telephone
(504) 264-5575  Facsimile
myles@bwtriallawyers.com
barrett@bwtriallawyers.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been duly served on all counsel of record by this Court's CM/ECF system, this 6th day of December, 2022.

                              */s/ Myles D. Ranier*
                              **MYLES D. RANIER**