**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| TRICIA RIGSBY FRANATOVICH | CIVIL ACTION NO. 2:22-cv-02552 |
| | SECTION "I" (4) |
| VERSUS | JUDGE LANCE M. AFRICK |
| ALLIED TRUST INSURANCE COMPANY | MAGISTRATE JUDGE KAREN WELLS ROBY |

**MOTION TO NULLIFY AND EXCLUDE APPRAISAL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, TRICIA RIGSBY FRANATOVICH, who respectfully moves this Honorable Court for an Order nullifying and excluding at trial the appraisal entered into on Plaintiff's behalf by a lawyer who did not represent Plaintiff. Plaintiff moves for this Order for the reasons fully set out in the attached Memorandum in Support.

**[ Signature block on following page ]**

RESPECTFULLY SUBMITTED BY:

**BROUSSARD + WILLIAMSON**
*Attorneys for Plaintiff*


 */s/ Myles D. Ranier*
**MYLES D. RANIER (30029)**
**C. BARRETT RICE (30034)**
**JENNIFER A. DAVID (37092)**

BROUSSARD+
WILLIAMSON+

321 Veterans Memorial Boulevard, Suite 205
Metairie, Louisiana 70005
(504) 264-5559  New Orleans Main
(337) 439-2450  Lake Charles Main
(504) 264-5575  Facsimile
myles@bwtriallawyers.com
barrett@bwtriallawyers.com
jen@bwtriallawyers.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon

all counsel of record by:

| | | | |
|---|---|---|---|
| _____ | U.S. mail, postage pre-paid | _____ | Facsimile Transmission |
| _____ | FedEx, pre-paid | _____ | Electronic Mail (e-mail) |
| _____ | Hand Delivery | __X__ | Court's CM/ECF system |

on this ___16th___ day of _____January_____, 2023.


 */s/ Myles D. Ranier*
**MYLES D. RANIER**