UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRICIA RIGSBY FRANATOVICH<br><br>VERSUS<br><br>ALLIED TRUST INSURANCE COMPANY | CIVIL ACTION NO. 22-cv-2552 c/w<br>22-4927<br><br>SECTION "I" (5)<br><br>JUDGE LANCE M. AFRICK<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH |

**PLAINTIFF'S OUTLINE OF PLAINTIFF'S COSTS AND FEES**

Pursuant to the Court's February 1, 2023, Order (Rec. Doc. 39), Plaintiff Tricia Rigsby Franatovich files this response.

On February 1, 2023, the Court issued a Minute Entry, Order, and Recommendation (Rec. Doc. 33) following a hearing on Plaintiff's Motion to Nullify and Exclude Appraisal (Rec. Doc. 20) on January 31, 2023.

The Court ordered that Plaintiff Tricia Rigsby Franatovich and undersigned file into the record the appropriate documentation outlining their reasonable fees and costs incurred in addressing MMA's conduct in these lawsuits and the issues discussed at the hearing, including any loss of income by Franatovich for her appearance at the hearing in this matter.

Plaintiff Franatovich incurred $322.06 for the following expenses:

- $266.89 in missed wages
- $36.68 in travel expense (56 miles at $0.655/mile[1])
- $18.49 in parking

---

[1] https://www.gsa.gov/travel/plan-book/transportation-airfare-pov-etc/privately-owned-vehicle-pov-mileage-reimbursement-rates

Counsel for plaintiff is owed $4,875 in attorney's fees:

- Hearing – two attorneys for 3 hours @ $325/hour

- Motion writing 3.5 hours @ $325/hour

- Reviewing pleadings and preparation for hearing 5.5 hours @ $325/hour

## Conclusion

Wherefore, the Plaintiff prays that this response will satisfy the Court's Order in this matter.

RESPECTFULLY SUBMITTED BY:
**BROUSSARD+WILLIAMSON**
*Attorneys for Plaintiff*

 */s/ Myles D. Ranier*
**MYLES D. RANIER (30029)**
**C. BARRETT RICE (30034)**

**BROUSSARD+WILLIAMSON**

321 Veterans Memorial Blvd., Suite 205
Metairie, Louisiana 70005
(504) 383-0535  Telephone
(504) 264-5575  Facsimile
myles@bwtriallawyers.com
barrett@bwtriallawyers.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the above and foregoing has been duly served on counsel of record by:

| _____ U.S. mail, postage pre-paid | _____ Facsimile |
|---|---|
| _____ FedEx, pre-paid | _____ E-mail |
| _____ Hand delivery | __X__ Court's CM/ECF system |

on this __7th__ day of _____February_____, 2023.

                                                    */s/ Myles D. Ranier*_____
                                                    **MYLES D. RANIER**