UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TRICIA RIGSBY FRANATOVICH**                          **CIVIL ACTION**

**VERSUS**                                             **NUMBER: 22-2552**
                                                       **c/w   22-4927**

**ALLIED TRUST INSURANCE COMPANY**                     **SECTION: "I"(5)**

**ORDER**

    Before the Court are Plaintiff's Outline of Plaintiff's Costs and Fees (rec. doc. 43) and Allied Trust Insurance Company's Outline of Costs and Fees (rec. doc. 53) filed in accordance with this Court's Minute Entry, Order and Recommendation dated February 1, 2023. (Rec. doc. 39). McClenny Mosely & Associates, PLLC may file, if they so choose, a response to the outlines of costs and fees **no later than Wednesday, February 22, 2023**.

    New Orleans, Louisiana, this 15th day of February, 2023.

                                    **MICHAEL B. NORTH**
                                **UNITED STATES MAGISTRATE JUDGE**